CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 01 2012

JULIA C. EY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DARRELL K. BROWN, | ) |
| Petitioner, | ) Civil Action No. 7:11-cv-00605 |
| v. | ) **FINAL ORDER** |
| CHRISTOPHER ZYCH, | ) By: Hon. James C. Turk |
| | ) Senior United States District Judge |
| Respondent. | ) |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that Respondent's Motion to Dismiss, ECF No. 11, is **GRANTED** and Petitioner's 28 U.S.C. § 2241 Petition, ECF No. 1, is **DENIED**. Additionally, a Certificate of Appealability is **DENIED**. The Clerk of Court is directed to strike the matter from the court's active docket and to send a copy of this final order and accompanying memorandum opinion to Petitioner and counsel of record for Respondent.

ENTER: This 31st day of October, 2012.

James C. Turk
Senior United States District Judge